**Opinion issued August 8, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00890-CV

————————————

**SYED JAVED SHERE, Appellant**

**V.**

**DIMITRY KUDRYAVTSEV, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1202746**

---

## MEMORANDUM OPINION

Appellant, Syed Javed Shere, filed a notice of appeal from the trial court's October 26, 2023 final judgment. Appellant has neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a);

Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On December 20, 2023, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by January 19, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On December 29, 2023, appellant was notified that this appeal was subject to dismissal if appellant did not submit written evidence that he had paid or made arrangements to pay the fee for the preparation of the clerk's record by January 29, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.